

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-14-00488-CV

Style:      Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody

Date motion filed:      July 2, 2014

Type of motion:      Unopposed motion to extend time to file petition for permissive interlocutory appeal

Party filing motion:      American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; and Roger Woolsey

Document to be filed:      Petition for Permissive Interlocutory Appeal

Ordered that motion is:

     ☒      Granted

         If document is to be filed, document due: **July 2, 2014**

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

     ☐      Denied

     ☐      Dismissed

     ☐      Other: _____

Judge's signature:      /s/ Jim Sharp
         ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: July 15, 2014

November 7, 2008 Revision